## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

CARLTON D BAKER,

    Plaintiff,

v.                                    CASE NO. 5:15-cv-00201-MP-CAS

CAROLYN W COLVIN,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 22, 2016. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 20, is adopted and incorporated by reference in this order.

2.    Because the findings of the Administrative Law Judge are not based upon substantial evidence in the record, the decision of the Commissioner to deny Plaintiff's applications for Social Security benefits is REVERSED and REMANDED for further proceedings.

**DONE AND ORDERED** this *13th* day of June, 2016

                    *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge