IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CARLTON BAKER,**

    **Plaintiff,**

vs.                              Case No. 5:15cv201-MP/CAS

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed an **unopposed** Petition for Attorney Fees and Costs ("Petition") pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award of attorney fees and costs in the amount of $3,518.63. ECF No. 23. In accordance with Astrue v. Ratliff, 130 S.Ct. 2521, 2524 (2010), the EAJA fee should be made payable to Plaintiff, not to Plaintiff's attorney. Plaintiff's attorney has requested that payment be mailed to her. Since the fee was assigned to Plaintiff's attorney, Defendant has no objection to payment of the fee to Plaintiff's attorney so

long as Plaintiff has no debt to the United States, and will offset any such debt before payment.

Accordingly, it is respectfully **RECOMMENDED** that:

Plaintiff's Petition, ECF No. 23, be **GRANTED** and Plaintiff awarded attorney fees in the amount of $3,463.15, as a reasonable EAJA attorney fee, and $55.48 for costs. However, the Commissioner may offset from this amount any debt owed by the Plaintiff to the United States that may be identified by the Department of Treasury and any ultimate distribution shall be made in accordance with Astrue v. Ratliff.

**DONE AND ORDERED** on June 15, 2016.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**