# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**CARLTON D. BAKER,**

    *Plaintiff,*

v.                                      **CASE NO. 5:15-cv-00201-MP-CAS**

**CAROLYN W. COLVIN,**

    *Defendant.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 15, 2016. ECF No. 24. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 24, is adopted and incorporated by reference in this order.

2. Plaintiff's Petition for Attorney's Fees, ECF No. 23, is GRANTED and Plaintiff awarded attorney fees in the amount of $3,463.15, as a

reasonable Equal Access to Justice Act attorney fee, and $55.48 for costs. However, the Commissioner may offset from this amount any debt owed by the Plaintiff to the United States that may be identified by the Department of Treasury and any ultimate distribution shall be made in accordance with *Astrue v. Ratliff*.

**SO ORDERED on August 1, 2016.**

s/Mark E. Walker
**United States District Judge**
