UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON D. BAKER,

    Plaintiff,

v.                                CASE NO. 5:15cv201-MCR/CAS

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,**
**Social Security Administration**

    Defendant.
_____/

# O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated June 19, 2018. ECF No. 27. Petitioner, Heather Freeman, had filed an unopposed petition for attorney's fees. ECF No. 26.

The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 27, is adopted and incorporated by reference in this Order.

2. The Clerk shall enter judgment stating, "Petitioner's Petition, ECF No. 26, is **GRANTED** and Petitioner is awarded attorney's fees in the amount of $4,461.00, as a reasonable attorney's fee, pursuant to 42 U.S.C. § 406(b)(1). The Commissioner shall pay Petitioner, Heather Freeman, directly the amount of $4,461.00 as a reasonable attorney's fee."

3. The Clerk shall close the file.

**DONE AND ORDERED** this 25th day of July 2018.

           s/ *M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**